ENTERED
MAR 31 2011
IN REGISTER BY KDP

FILED
11 MAR 31 PM 3:28
FOR MULTNOMAH COUNTY

FILED 02 MAY '11 11:47 USDC-ORP

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| TRAEGER GRILLS EAST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAEGER PELLET GRILLS, LLC, a Florida limited liability company, f/k/a TRAEGER INDUSTRIES, INC.,<br><br>Defendant. | Case No. 04297<br>1103-04297<br><br>**COMPLAINT**<br>(Breach of Contract)<br><br>CLAIMS NOT SUBJECT TO MANDATORY ARBITRATION<br><br>AMOUNT CLAIMED: Principal Amount in excess of $1,000,000.00<br><br>JURY TRIAL DEMANDED |
|---|---|

Plaintiff Traeger Grills East, LLC ("Plaintiff"), alleges as follows:

1.

Plaintiff Traeger Grills East, LLC is a Maryland limited liability company with its principal place of business in Bethesda, Maryland.

2.

Defendant Traeger Pellet Grills, LLC ("Defendant") is a Florida limited liability company with its principal place of business in Wilsonville, Oregon. Defendant is the successor in interest to Traeger Industries, Inc.

Page 1 - **COMPLAINT**

3.

In or about January 2006, Plaintiff and Defendant entered into an authorized distributor agreement (the "Agreement"). The Agreement provided that Plaintiff would be the exclusive authorized distributor of Traeger products in the territory of New Jersey, Pennsylvania, Delaware, Maryland, West Virginia, Virginia, North Carolina, South Carolina, and the District of Columbia (the "Distribution Territory"). The Agreement further provided that, so long as Plaintiff complied with the terms of the Agreement, Defendant would not appoint any other authorized distributor for the Distribution Territory.

4.

The term of the Agreement was January 1, 2006, through December 31, 2006, and the Agreement specifically provided that it would "automatically renew unless terminated under the conditions contained herein."

5.

The Agreement provided that Plaintiff was required to meet a specific purchase quota in each year that the Agreement was in effect. Failure to meet the purchase quota was ground for termination by Defendant. The Agreement did not provide any other ground for termination by Defendant.

6.

Plaintiff met the purchase quota specified in the Agreement for 2006 and 2007.

7.

On or about November 28, 2007, Defendant notified Plaintiff that Defendant was terminating the Agreement and that, as of January 1, 2008, Defendant itself would serve as distributor for the Distribution Territory. Defendant's sole stated reason for terminating the Agreement was that Defendant "ha[d] decided to go a different direction with [its] distribution."

///

///

Page 2 - **COMPLAINT**

1 | **FIRST CLAIM FOR RELIEF**

2 | **(Breach of Contract)**

3 | 8.

4 | Plaintiff incorporates and realleges the allegations contained in the preceding paragraphs
5 | as if fully alleged herein.

6 | 9.

7 | Plaintiff and Defendant are parties to the Agreement.

8 | 10.

9 | Plaintiff performed all of its obligations under the Agreement, including meeting its
10 | purchase quota in each year during which the Agreement was in place.

11 | 11.

12 | Defendant breached the Agreement by terminating the Agreement without cause.

13 | 12.

14 | As a direct and foreseeable result of Defendant's breach of the Agreement, Plaintiff has
15 | been damaged in an amount presently estimated to be in excess of $1,000,000.00.

16 | **PRAYER FOR RELIEF**

17 | WHEREFORE, Plaintiff prays for judgment in its favor on all claims, and as follows:

18 | A. An award of damages in an amount to be determined at trial, which amount is in
19 | excess of $1,000,000.00;

20 | B. An award of Plaintiff's costs and expenses for this litigation; and

21 | C. An award of all such other and further relief as may be deemed just and proper
22 | under the circumstances.

23 | ///
24 | ///
25 | ///
26 | ///

Page 3 - **COMPLAINT**

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues.

DATED this 31st day of March, 2011.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: _____
Steve D. Larson, OSB No. 863540
Keil M. Mueller, OSB No. 085535

209 SW Oak Street, 5th Floor
Portland, OR 97204
Telephone:     (503) 227-1600
Facsimile:      (503) 227-6840
Email:            slarson@stollberne.com
                     kmueller@stollberne.com

Attorneys for Plaintiff

Trial Attorney:   Steve D. Larson

Page 4 - **COMPLAINT**